## ST. PAUL FIRE & MARINE INSURANCE COMPANY v. STANDARD OIL COMPANY AND ANOTHER.[1]

July 30, 1926.

No. 25,510.

Case followed. [Reporter.]

Action by the St. Paul Fire & Marine Insurance Company against the Standard Oil Company and another in the district court for Clay county to recover amount paid under a policy of insurance upon a building. The case was tried before Nye, J., and a jury which returned a verdict in favor of plaintiff. The Standard Oil Company appealed from an order denying its motion for judgment notwithstanding the verdict or for a new trial. Affirmed.

N. B. Hanson and Conmy, Young & Burnett, for appellant.

Charles S. Marden and Henry C. Stiening, for respondent.

[1]Reported in 210 N. W. 80.

PER CURIAM.

This case involves the same fire and substantially the same questions involved in Getz against the same defendants decided herewith. (See page 347, supra.) The two cases were argued and submitted together and the decision in that case is decisive of this. While some of the minor questions differ somewhat from those in the other case, we find none which could change the result or which require special mention.

The order appealed from is affirmed.